C. LEE HAVEY, receiver, &c., respondent,

*v.*

ALFRED HOFMAN et al., appellants.

[Decided May 11th, 1938.]

*Messrs. Pitney, Hardin & Skinner,* for the respondent.

*Messrs. Cole & Morrill,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis and reported in *121 N. J. Eq. 523.*

*For affirmance*—PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—None.